
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 APR -8 PM 1:55
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT PAYNE, and GLORIA J. )
PAYNE, )
)
Plaintiffs, )
) CASE NO. CV418-265
v. )
)
UNITED STATES OF AMERICA, )
)
Defendant. )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 21), to which a response has been filed (Doc. 22). In their response to the report and recommendation, Plaintiffs withdrew their opposition to Defendant's motion to transfer and requested that this action be transferred to the United States District Court for the Southern District of West Virginia. (Doc. 22 at 1.) Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Defendant's Motion to Transfer Venue (Doc. 15) is **GRANTED** and Defendant's Motion to Stay (Doc. 16) is **DENIED**. As a result, the Court hereby **ORDERS** that this action be **TRANSFERRED** to the United States District Court for the Southern District of West Virginia.

Following transfer, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of April 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA